# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| TUMMILLO, JOSEPH M. | § | Case No. 11-09389 |
| TUMMILLO, LUCILLE | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Frances Gecker, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Kenneth S. Gardner
219 S. Dearborn Street
7th Floor
Chicago, Illinois 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 01/10/2012 in Courtroom 644,

United States Courthouse
219 S. Dearborn Street
Chicago, Illinois 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: <u>12/09/2011</u>          By: _____

Frances Gecker
325 N. LaSalle Street
Suite 625
Chicago, IL 60654

UST Form 101-7-NFR (5/1/2011) (Page: 1)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| TUMMILLO, JOSEPH M. | § | Case No. 11-09389 |
| TUMMILLO, LUCILLE | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 134,795.94 |
| and approved disbursements of | $ | 125,033.80 |
| leaving a balance on hand of[1] | $ | 9,762.14 |

Claims of secured creditors will be paid as follows:

### NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Trustee Fees: FRANK/GECKER LLP | $ 5,480.00 | $ 0.00 | $ 5,480.00 |
| Attorney for Trustee Expenses: FRANK/GECKER LLP | $ 16.80 | $ 0.00 | $ 16.80 |
| Accountant for Trustee Fees: ALAN D. LASKO & ASSOCIATES, P.C. | $ 1,391.90 | $ 0.00 | $ 1,391.90 |
| Accountant for Trustee Expenses: ALAN D. LASKO & ASSOCIATES, P.C. | $ 14.00 | $ 0.00 | $ 14.00 |
| Other: James Sullivan | $ 6,500.00 | $ 6,500.00 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 6,902.70 |
| Remaining Balance | $ | 2,859.44 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 94,862.54  have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  3.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | DISCOVER BANK | $ 7,845.42 | $ 0.00 | $ 236.48 |
| 000002 | FIA CARD SERVICES, N.A. | $ 6,918.47 | $ 0.00 | $ 208.54 |
| 000003 | FIA CARD SERVICES, N.A. | $ 3,914.04 | $ 0.00 | $ 117.98 |
| 000004 | FIA CARD SERVICES, N.A. | $ 4,989.81 | $ 0.00 | $ 150.41 |
| 000005 | AMERICAN EXPRESS CENTURION BANK | $ 2,276.69 | $ 0.00 | $ 68.63 |
| 000006 | CHASE BANK USA, N.A. | $ 6,863.80 | $ 0.00 | $ 206.90 |
| 000007 | CITIFINANCIAL, INC | $ 4,853.45 | $ 0.00 | $ 146.30 |
| 000008 | GE MONEY BANK | $ 1,259.75 | $ 0.00 | $ 37.97 |
| 000009 | GE MONEY BANK | $ 1,367.38 | $ 0.00 | $ 41.22 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000010 | WORLD'S FOREMOST BANK | $ 5,495.48 | $ 0.00 | $ 165.65 |
| 000011 | CITIBANK, NA | $ 8,614.56 | $ 0.00 | $ 259.67 |
| 000012 | CITIBANK, NA | $ 6,069.26 | $ 0.00 | $ 182.94 |
| 000013 | CITIBANK, NA | $ 15,415.42 | $ 0.00 | $ 464.67 |
| 000014 | CITIBANK, NA | $ 1,709.73 | $ 0.00 | $ 51.54 |
| 000015 | LVNV FUNDING LLC | $ 1,727.54 | $ 0.00 | $ 52.07 |
| 000016 | CITIBANK, NA | $ 1,871.93 | $ 0.00 | $ 56.43 |
| 000017 | PORTFOLIO RECOVERY ASSOCIATES, LLC | $ 13,669.81 | $ 0.00 | $ 412.04 |

Total to be paid to timely general unsecured creditors          $          2,859.44

Remaining Balance          $          0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Frances Gecker
Chapter 7 Trustee

Frances Gecker
325 N. LaSalle Street
Suite 625
Chicago, IL 60654

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction
Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 11-09389-PSH
Joseph M. Tummillo                                                    Chapter 7
Lucille Tummillo
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: mjerdine          Page 1 of 3          Date Rcvd: Dec 12, 2011
                             Form ID: pdf006          Total Noticed: 39


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 14, 2011.
```
db/jdb      +Joseph M. Tummillo,   Lucille Tummillo,   4921 N. Nottingham Ave.,   Chicago, IL 60656-3826
16923182    +American Express,   P.O. Box 0001,   Los Angeles, CA 90096-8000
17616583     American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
16923183    +Associated Recovery System,   P.O. Box 469046,   Escondido, CA 92046-9046
16923184    +Baker & Miller, P.C.,   29 N. Wacker Dr., 5th Floor,   Chicago, IL 60606-2851
16923185    +Bank of America,   Bankruptcy Department,   P.O. Box 5170,   Simi Valley, CA 93062-5170
16923186    +Blitt and Gaines,   661 Glenn Ave.,   Wheeling, IL 60090-6017
16923188    +Cabela's Club Visa,   P.O. Box 82519,   Lincoln, NE 68501-2502
16923189    +Chase,  Cardmember Service,   P.O. box 15153,   Wilmington, DE 19886-5153
17629967     Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
16923190    +Citgo Gas,   Payment Processing Center,   Des Moines, IA 50362-0001
16923191    +Citi Cards,   P.O. Box 6000,   The Lakes, NV 89163-0001
16923192    +CitiFinancial,   7917 W. Golf Road,   Morton Grove, IL 60053-1040
17699472     CitiFinancial, Inc.,   P.O. Box 140489,   Irving, TX 75014-0489
16923194    +Codilis & Associates,   15W030 North Frontage Rd.,   Suite 100,   Burr Ridge, IL 60527-6921
16923195    +ComCast Cable,   P.O. Box 3002,   Southeastern, PA 19398-3002
16923196    +David Farrey,   8200 RR 84,   P.O. Box 391,   Hanover, IL 61041-0391
16923198    +EOS CCA,   700 Longwater Dr.,   Norwell, MA 02061-1624
17564544     FIA CARD SERVICES, N.A.,   PO Box 15102,   Wilmington, DE 19886-5102
16923199    +GE Money Bank/DSG,   P.O. Box 530916,   Atlanta, GA 30353-0916
16923200    +Goodyear Credit Plan,   Bankruptcy Department,   Processing Center,   Des Moines, IA 50364-0001
16923201    #+HFC,   Bankruptcy Department,   P.O. Box 3425,   Buffalo, NY 14240-3425
16923202    +HSBC Retail Services,   P.O. Box 17264,   Baltimore, MD 21297-1264
16923204    +LTD Financial Services,   7322 Southwest Freeway,   Suite 1600,   Houston, TX 77074-2053
16923205    ++MARLIN MEDCLR INOVISION,   507 PRUDENTIAL ROAD,   HORSHAM PA 19044-2308
             (address filed with court: NCO Financial,   P.O. Box 41448,   Philadelphia, PA 19101)
17914543    ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates, LLC,   c/o Household Finance,
             POB 41067,   Norfolk VA 23541)
16923206    +Sears Credit Card,   P.O. Box 183082,   Columbus, OH 43218-3082
16923207    +Sentry Credit, Inc.,   P.O. Box 12070,   Everett, WA 98206-2070
16923208    +Union Plus Credit Card,   P.O. Box 88000,   Baltimore, MD 21288-0001
17854781     WORLD'S FOREMOST BANK,   CABELA'S CLUB VISA,   PO BOX 82609,   LINCOLN, NE 68501-2609
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16923187    +E-mail/Text: bankruptcy_notifications@ccsusa.com Dec 13 2011 04:15:54        C.C.S.,
             Check Processing Center,   P.O. Box 55126,   Boston, MA 02205-5126
16923197     E-mail/PDF: mrdiscen@discoverfinancial.com Dec 13 2011 05:05:06        Discover Financial Services,
             P.O. Box 15316,   Wilmington, DE 19850
17542656     E-mail/PDF: mrdiscen@discoverfinancial.com Dec 13 2011 05:05:06        Discover Bank,
             DB Servicing Corporation,   PO Box 3025,   New Albany, OH  43054-3025
17818971     E-mail/PDF: gecsedi@recoverycorp.com Dec 13 2011 05:06:31        GE Money Bank,
             c/o Recovery Management Systems Corporat,   25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
16923203    +E-mail/PDF: gecsedi@recoverycorp.com Dec 13 2011 05:06:31        JC Penny,   P.O. Box 960090,
             Orlando, FL 32896-0090
17890613     E-mail/Text: resurgentbknotifications@resurgent.com Dec 13 2011 03:24:04        LVNV Funding LLC,
             Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
17890605    +E-mail/Text: resurgentbknotifications@resurgent.com Dec 13 2011 03:24:05
             PYOD LLC its successors and assigns as assignee of,   Citibank, NA, NA,
             c/o Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
17890604     E-mail/Text: resurgentbknotifications@resurgent.com Dec 13 2011 03:24:04
             PYOD LLC its successors and assigns as assignee of,   Citibank, NA,
             c/o Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
16923209    +E-mail/Text: bnc@ursi.com Dec 13 2011 04:18:15        United Recovery System,   P.O. Box 722910,
             Houston, TX 77272-2910
                                                                                          TOTAL: 9
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16923193    ##+CitiMortgage,   P.O. Box 9438,   Gaithersburg, MD 20898-9438
16923210    ##+Wells Fargo Financial Cards,   P.O. Box 98795,   Las Vegas, NV 89193-8795
                                                                        TOTALS: 0, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0752-1          User: mjerdine          Page 2 of 3          Date Rcvd: Dec 12, 2011
                             Form ID: pdf006          Total Noticed: 39
```

```
              ***** BYPASSED RECIPIENTS (continued) *****
```

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 14, 2011**                    **Signature:**    *Joseph Speetjens*


```
District/off: 0752-1          User: mjerdine          Page 3 of 3          Date Rcvd: Dec 12, 2011
                             Form ID: pdf006          Total Noticed: 39
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 9, 2011 at the address(es) listed below:

```
          Frances  Gecker    fgecker@fgllp.com,
           fgecker@ecf.epiqsystems.com;zzielinski@fgllp.com;csmith@fgllp.com
          Joel P Fonferko    on behalf of Creditor  CITIMORTGAGE, INC. ND-Two@il.cslegal.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Veronica D Joyner    on behalf of Debtor Joseph Tummillo joynerlaw@yahoo.com
          William G Cross    on behalf of Trustee Frances Gecker wcross@fgllp.com,  csmith@fgllp.com
          Zane L Zielinski    on behalf of Trustee Frances Gecker zzielinski@fgllp.com,
           csmith@fgllp.com;dortiz@fgllp.com;ccarpenter@fgllp.com
                                                                          TOTAL: 6
```