UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| | § | |
| TUMMILLO, JOSEPH M. | § | Case No. 11-09389 |
| TUMMILLO, LUCILLE | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    Frances Gecker, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $    (see **Exhibit 1**), minus funds paid to the debtor and third parties of $    (see **Exhibit 2**), yielded net receipts of $    from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter   on             . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/Frances Gecker_____
                                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Bank of America Bankruptcy Department P.O. Box 5170 Simi Valley, CA 93062 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CitiMortgage P.O. Box 9438 Gaithersburg, MD 20898 | | | | | |
| | David Farrey 8200 RR 84 P.O. Box 391 Hanover, IL 61041 | | | | | |
| | NACK, RICHARDSON & NACK | | | | | |
| | THE APPLE RIVER STATE | | | | | |
| | 2010 R.E. TAX PENALTY | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CREDIT OWNERS POL/SEARCH FEE | | | | | |
| DEPOSIT RETAINED | | | | | |
| BANK OF AMERICA | | | | | |
| County Taxes on Real Estate | | | | | |
| ILLINOIS DEPT. OF REVENUE | | | | | |
| FRANK/GECKER LLP | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| FRANK/GECKER LLP | | | | | |
| ALAN D. LASKO & ASSOCIATES, P.C. | | | | | |
| ALAN D. LASKO & ASSOCIATES, P.C. | | | | | |
| JAMES SULLIVAN | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | C.C.S. Check Processing Center P.O. Box 55126 Boston, MA 02205 | | | | | |
| | Citgo Gas Payment Processing Center Des Moines, IA 50362 | | | | | |
| | HFC Bankruptcy Department P.O. Box 3425 Buffalo, NY 14240 | | | | | |
| 000005 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 000006 | CHASE BANK USA, N.A. | | | | | |
| 000011 | CITIBANK, NA | | | | | |
| 000012 | CITIBANK, NA | | | | | |
| 000013 | CITIBANK, NA | | | | | |
| 000014 | CITIBANK, NA | | | | | |
| 000016 | CITIBANK, NA | | | | | |
| 000007 | CITIFINANCIAL, INC | | | | | |
| 000001 | DISCOVER BANK | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | FIA CARD SERVICES, N.A. | | | | | |
| 000003 | FIA CARD SERVICES, N.A. | | | | | |
| 000004 | FIA CARD SERVICES, N.A. | | | | | |
| 000015 | LVNV FUNDING LLC | | | | | |
| 000017 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |
| 000008 | RECOVERY MANAGEMENT SYSTEMS CORP | | | | | |
| 000009 | RECOVERY MANAGEMENT SYSTEMS CORP | | | | | |
| 000010 | WORLD'S FOREMOST BANK | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 11-09389 | PSH | Judge: Pamela S. Hollis | | Trustee Name: | Frances Gecker |
| Case Name: | TUMMILLO, JOSEPH M. | | | | Date Filed (f) or Converted (c): | 03/07/11 (f) |
| | TUMMILLO, LUCILLE | | | | 341(a) Meeting Date: | 04/21/11 |
| For Period Ending: | 04/09/12 | | | | Claims Bar Date: | 10/12/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property<br>Abandoned<br>OA=554(a) Abandon<br>DA=554(c) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. Location: 4921 N. Nottingham Ave., Chicago IL 6065 | 236,000.00 | 0.00 | DA | 0.00 | FA |
| 2. 1133 Rush Rd Hanover, IL SFH - purchased on contra | 140,000.00 | 0.00 | | 135,426.56 | FA |
| 3. Cash<br>  Cash on hand<br>  Debtor Claimed Exemption | 75.00 | 0.00 | | 0.00 | FA |
| 4. Financial Accounts<br>  Bank of America Chicago, IL Checking Only<br>  Debtor Claimed Exemption | 25.00 | 0.00 | | 0.00 | FA |
| 5. Household Goods<br>  4 Rooms of Furniture - no lien | 1,700.00 | 1,700.00 | DA | 0.00 | FA |
| 6. Wearing Apparel<br>  Clothing.<br>  Debtor Claimed Exemption | 250.00 | 0.00 | | 0.00 | FA |
| 7. Vehicles<br>  2004 Hyundai XG350 - 70,000 miles<br>  Debtor Claimed Exemption | 3,400.00 | 1,000.00 | DA | 0.00 | FA |
| 8. Vehicles<br>  2004 Hyundai Sonata - 55,000 miles<br>  Debtor Claimed Exemption | 4,000.00 | 1,600.00 | DA | 0.00 | FA |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 2

Exhibit 8

| Case No: | 11-09389 | PSH | Judge: Pamela S. Hollis | Trustee Name: | Frances Gecker |
|---|---|---|---|---|---|
| Case Name: | TUMMILLO, JOSEPH M. | | | Date Filed (f) or Converted (c): | 03/07/11 (f) |
| | TUMMILLO, LUCILLE | | | 341(a) Meeting Date: | 04/21/11 |
| | | | | Claims Bar Date: | 10/12/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 9. Post-Petition Interest Deposits (u) | 0.00 | 0.00 | | 0.45 | FA |
| TOTALS (Excluding Unknown Values) | $385,450.00 | $4,300.00 | | $135,427.01 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

THE TRUSTEE HAS FILED A FINAL REPORT.

Initial Projected Date of Final Report (TFR): 12/01/11    Current Projected Date of Final Report (TFR): 12/01/11

/s/   Frances Gecker
_____ Date: 04/09/12
FRANCES GECKER

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | |
|---|---|---|
| Case No: | 11-09389 -PSH | |
| Case Name: | TUMMILLO, JOSEPH M. | |
| | TUMMILLO, LUCILLE | |
| Taxpayer ID No: | *******0779 | |
| For Period Ending: | 04/09/12 | |

| | | |
|---|---|---|
| Trustee Name: | Frances Gecker | |
| Bank Name: | BANK OF AMERICA | |
| Account Number / CD #: | *******5579  MONEY MARKET | |
| Blanket Bond (per case limit): | $ 5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/08/11 | 2 | SECURITY FIRST TITLE CO.<br>205 W. Stephenson Street<br>Freeport, IL 61032 | | | 11,303.98 | | 11,303.98 |
| | | SANDRA K. HASKEN (BUYER) | Memo Amount: 130,342.18<br>Sale of Real Property | 1110-000 | | | |
| | | | Memo Amount: ( 631.00 )<br>Settlement Charges to Seller | 1110-000 | | | |
| | | NACK, RICHARDSON & NACK | Memo Amount: ( 39,530.03 )<br>FIRST MORTGAGE | 4110-000 | | | |
| | | THE APPLE RIVER STATE | Memo Amount: ( 69,268.74 )<br>SECOND MORTGAGE | 4110-000 | | | |
| | | | Memo Amount: ( 5,000.00 )<br>DEPOSIT RETAINED | 2500-000 | | | |
| | | | Memo Amount: ( 308.00 )<br>CREDIT OWNERS POL/SEARCH FEE | 2500-000 | | | |
| | | | Memo Amount: ( 1,461.99 )<br>County Taxes on Real Estate | 2820-000 | | | |
| | | | Memo Amount: ( 2,838.44 )<br>2010 R.E. TAX PENALTY | 4700-000 | | | |
| 07/11/11 | 2 | Nack, Richardson & Nack<br>Escrow Account<br>Galena, IL 61036 | Escrow refund | 1110-000 | 84.38 | | 11,388.36 |
| 07/12/11 | 2 | Jim Sullivan-Realty Inc.<br>Escrow Account<br>408 E. North Ave. | ESCROW ACCOUNT | 1110-000 | 5,000.00 | | 16,388.36 |

Page Subtotals      16,388.36      0.00

Ver: 16.06

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 11-09389 -PSH | | Trustee Name: | Frances Gecker |
| --- | --- | --- | --- | --- |
| Case Name: | TUMMILLO, JOSEPH M. | | Bank Name: | BANK OF AMERICA |
| | TUMMILLO, LUCILLE | | Account Number / CD #: | *******5579  MONEY MARKET |
| Taxpayer ID No: | *******0779 | | | |
| For Period Ending: | 04/09/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Stockton, IL  61085 | | | | | |
| 07/15/11 | 001000 | James Sullivan-Realty, Inc.<br>408 E. North Ave.<br>Stockton, IL  61085 | BROKER'S COMMISSION<br>Pursuant to Order dated 7/14/11. | 3510-000 | | 6,500.00 | 9,888.36 |
| 07/29/11 | 9 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.05 | | 9,888.41 |
| 08/31/11 | 9 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.09 | | 9,888.50 |
| 09/30/11 | 9 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.08 | | 9,888.58 |
| 10/31/11 | 9 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.08 | | 9,888.66 |
| 10/31/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 12.60 | 9,876.06 |
| 11/07/11 | 001001 | ILLINOIS DEPT. OF REVENUE<br>P.O. Box 19030<br>Springfield, IL  62794-9030 | FEIN:  35-6920779 - 2011 Tax returns | 2820-000 | | 114.00 | 9,762.06 |
| 11/30/11 | 9 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.08 | | 9,762.14 |
| 12/29/11 | 9 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.07 | | 9,762.21 |
| 12/29/11 | | Transfer to Acct #*******2103 | Bank Funds Transfer | 9999-000 | | 9,762.21 | 0.00 |

Page Subtotals       0.45       16,388.81

Ver: 16.06

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 11-09389 -PSH |
| Case Name: | TUMMILLO, JOSEPH M. |
| | TUMMILLO, LUCILLE |
| Taxpayer ID No: | *******0779 |
| For Period Ending: | 04/09/12 |

| | |
|---|---|
| Trustee Name: | Frances Gecker |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******5579  MONEY MARKET |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | |
|---|---|---|---|---|
| Memo Allocation Receipts: | 130,342.18 | COLUMN TOTALS | 16,388.81 | 16,388.81 | 0.00 |
| Memo Allocation Disbursements: | 119,038.20 | Less:  Bank Transfers/CD's | 0.00 | 9,762.21 | |
| | | Subtotal | 16,388.81 | 6,626.60 | |
| Memo Allocation Net: | 11,303.98 | Less:  Payments to Debtors | | 0.00 | |
| | | Net | 16,388.81 | 6,626.60 | |

Page Subtotals         0.00         0.00

Ver: 16.06

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-09389 -PSH | | Trustee Name: | Frances Gecker |
|---|---|---|---|---|
| Case Name: | TUMMILLO, JOSEPH M. | | Bank Name: | Congressional Bank |
| | TUMMILLO, LUCILLE | | Account Number / CD #: | *******2103 GENERAL CHECKING |
| Taxpayer ID No: | *******0779 | | | |
| For Period Ending: | 04/09/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/29/11 | | Transfer from Acct #*******5579 | Bank Funds Transfer | 9999-000 | 9,762.21 | | 9,762.21 |
| 01/11/12 | 001000 | ALAN D. LASKO & ASSOCIATES, P.C.<br>29 SOUTH LASALLE STREET<br>SUITE 1240<br>CHICAGO, ILLINOIS 60603<br><br>Fees          1,391.90<br>Expenses         14.00 | Accountant for Trustee Fees (Other<br><br><br><br><br>3410-000<br>3420-000 | | | 1,405.90 | 8,356.31 |
| 01/11/12 | 001001 | FRANK/GECKER LLP<br>325 N. LaSalle Street<br>Suite 625<br>Chicago, IL 60654<br><br>Fees          5,480.00<br>Expenses         16.80 | Attorney for Trustee Fees (Trustee<br><br><br><br><br>3110-000<br>3120-000 | | | 5,496.80 | 2,859.51 |
| 01/11/12 | 001002 | DISCOVER BANK<br>DB SERVICING CORPORATION<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Claim 000001, Payment 3.01% | 7100-000 | | 236.49 | 2,623.02 |
| 01/11/12 | 001003 | FIA CARD SERVICES, N.A.<br>PO BOX 15102<br>WILMINGTON, DE 19886-5102 | Claim 000002, Payment 3.01% | 7100-000 | | 208.55 | 2,414.47 |
| 01/11/12 | 001004 | FIA CARD SERVICES, N.A.<br>PO BOX 15102 | Claim 000003, Payment 3.01% | 7100-000 | | 117.98 | 2,296.49 |

Page Subtotals         9,762.21         7,465.72

Ver: 16.06

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 13)

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-09389 -PSH | Trustee Name: | Frances Gecker |
|---|---|---|---|
| Case Name: | TUMMILLO, JOSEPH M. | Bank Name: | Congressional Bank |
| | TUMMILLO, LUCILLE | Account Number / CD #: | *******2103  GENERAL CHECKING |
| Taxpayer ID No: | *******0779 | | |
| For Period Ending: | 04/09/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | WILMINGTON, DE 19886-5102 | | | | | |
| 01/11/12 | 001005 | FIA CARD SERVICES, N.A. PO BOX 15102 WILMINGTON, DE 19886-5102 | Claim 000004, Payment 3.01% | 7100-000 | | 150.41 | 2,146.08 |
| 01/11/12 | 001006 | AMERICAN EXPRESS CENTURION BANK C O BECKET AND LEE LLP POB 3001 MALVERN, PA 19355-0701 | Claim 000005, Payment 3.01% | 7100-000 | | 68.63 | 2,077.45 |
| 01/11/12 | 001007 | CHASE BANK USA, N.A. PO BOX 15145 WILMINGTON, DE 19850-5145 | Claim 000006, Payment 3.01% | 7100-000 | | 206.90 | 1,870.55 |
| 01/11/12 | 001008 | CITIFINANCIAL, INC P.O. BOX 140489 IRVING, TX 75014-0489 | Claim 000007, Payment 3.01% | 7100-000 | | 146.30 | 1,724.25 |
| 01/11/12 | 001009 | GE MONEY BANK C/O RECOVERY MANAGEMENT SYSTEMS CORP 25 SE 2ND AVE SUITE 1120 MIAMI FL 33131-1605 | Claim 000008, Payment 3.01% | 7100-000 | | 37.97 | 1,686.28 |
| 01/11/12 | 001010 | GE MONEY BANK C/O RECOVERY MANAGEMENT SYSTEMS CORPORAT 25 SE 2ND AVE SUITE 1120 | Claim 000009, Payment 3.01% | 7100-000 | | 41.22 | 1,645.06 |

Page Subtotals        0.00        651.43

Ver: 16.06

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*

FORM 2

Page: 6

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-09389 -PSH | | Trustee Name: | Frances Gecker |
|---|---|---|---|---|
| Case Name: | TUMMILLO, JOSEPH M. | | Bank Name: | Congressional Bank |
| | TUMMILLO, LUCILLE | | Account Number / CD #: | *******2103  GENERAL CHECKING |
| Taxpayer ID No: | *******0779 | | | |
| For Period Ending: | 04/09/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | MIAMI FL 33131-1605 | | | | | |
| 01/11/12 | 001011 | WORLD'S FOREMOST BANK<br>CABELA'S CLUB VISA<br>PO BOX 82609<br>LINCOLN, NE 68501-2609 | Claim 000010, Payment 3.01% | 7100-000 | | 165.65 | 1,479.41 |
| 01/11/12 | 001012 | CITIBANK, NA<br>C/O RESURGENT CAPITAL SERVICES<br>PO BOX 19008<br>GREENVILLE, SC 29602- | Claim 000011, Payment 3.01% | 7100-000 | | 259.68 | 1,219.73 |
| 01/11/12 | 001013 | CITIBANK, NA<br>C/O RESURGENT CAPITAL SERVICES<br>PO BOX 19008<br>GREENVILLE, SC 29602- | Claim 000012, Payment 3.01% | 7100-000 | | 182.95 | 1,036.78 |
| 01/11/12 | 001014 | CITIBANK, NA<br>C/O RESURGENT CAPITAL SERVICES<br>PO BOX 19008<br>GREENVILLE, SC 29602- | Claim 000013, Payment 3.01% | 7100-000 | | 464.68 | 572.10 |
| 01/11/12 | 001015 | CITIBANK, NA<br>C/O RESURGENT CAPITAL SERVICES<br>PO BOX 19008<br>GREENVILLE, SC 29602- | Claim 000014, Payment 3.01% | 7100-000 | | 51.54 | 520.56 |
| 01/11/12 | 001016 | LVNV FUNDING LLC<br>RESURGENT CAPITAL SERVICES | Claim 000015, Payment 3.01% | 7100-000 | | 52.07 | 468.49 |

Page Subtotals         0.00        1,176.57

Ver: 16.06

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 15)*

FORM 2

Page: 7

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-09389 -PSH | | Trustee Name: | Frances Gecker |
|---|---|---|---|---|
| Case Name: | TUMMILLO, JOSEPH M. | | Bank Name: | Congressional Bank |
| | TUMMILLO, LUCILLE | | Account Number / CD #: | *******2103 GENERAL CHECKING |
| Taxpayer ID No: | *******0779 | | | |
| For Period Ending: | 04/09/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | PO BOX 10587<br>GREENVILLE, SC 29603-0587 | | | | | |
| 01/11/12 | 001017 | CITIBANK, NA<br>C/O RESURGENT CAPITAL SERVICES<br>PO BOX 19008<br>GREENVILLE, SC 29602- | Claim 000016, Payment 3.01% | 7100-000 | | 56.43 | 412.06 |
| 01/11/12 | 001018 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>C/O HOUSEHOLD FINANCE<br>POB 41067<br>NORFOLK VA 23541 | Claim 000017, Payment 3.01% | 7100-000 | | 412.06 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | | 9,762.21 | 9,762.21 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | | 9,762.21 | 0.00 | |
| | | Subtotal | | 0.00 | 9,762.21 | |
| Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | | 0.00 | |
| | | Net | | 0.00 | 9,762.21 | |

| | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 130,342.18 | TOTAL - ALL ACCOUNTS | | | |
| Total Allocation Disbursements: | 119,038.20 | MONEY MARKET - ********5579 | 16,388.81 | 6,626.60 | 0.00 |
| | | GENERAL CHECKING - ********2103 | 0.00 | 9,762.21 | 0.00 |
| Total Memo Allocation Net: | 11,303.98 | | ------------------- | ------------------- | ------------------- |
| | | | 16,388.81 | 16,388.81 | 0.00 |
| | | | ============ | ============ | ============ |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  0.00  468.49

Ver: 16.06

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 16)*

FORM 2

Page: 8

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-09389 -PSH | | Trustee Name: | Frances Gecker |
| Case Name: | TUMMILLO, JOSEPH M. | | Bank Name: | Congressional Bank |
| | TUMMILLO, LUCILLE | | Account Number / CD #: | *******2103 GENERAL CHECKING |
| Taxpayer ID No: | *******0779 | | | |
| For Period Ending: | 04/09/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Frances Gecker, Trustee

Trustee's Signature: ___/s/ Frances Gecker___ Date: 04/09/12
FRANCES GECKER

Page Subtotals  0.00  0.00

Ver: 16.06